IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SEVILLE AT BELLMAR, § § *Plaintiff,* § § v. § § ALLISON SHERELL THOMAS and § SATCHER MATTHEW, § § *Defendants.* § | No. 3:20-CV-00616-X-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 12]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DENIES** Plaintiff Seville at Bellmar's request for $750 in attorneys' fees under 28 U.S.C. § 1447(c).

SO ORDERED this 29th day of September, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE